IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHARMAVITE LLC, FOODSTATE, INC., PHARMAVITE DIRECT LLC, and BONAFIDE HEALTH LLC,<br><br>Defendants. | Civil Action No. 2:25-cv-01721-MRH |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RENÉ P. TATRO**

    René P. Tatro, undersigned counsel for Pharmavite LLC, FoodState, Inc., Pharmavite Direct LLC, and Bonafide Health LLC ("Defendants"), hereby moves that René P. Tatro be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of René P. Tatro filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: January 12, 2026

Respectfully submitted,

*/s/ René R. Tatro*

René P. Tatro (CA Bar. ID NO. 78383)
Tatro Tekosky Sadwick LLP
1800 North Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile:  (213) 225-7151

*Counsel for Pharmavite LLC, FoodState, Inc., Pharmavite Direct LLC, and Bonafide Health LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2026, I electronically filed

**MOTION FOR ADMISSION *PRO HAC VICE* OF RENÉ P. TATRO**

with the Clerk of the court using the CM/ECF system, which will send a notificationof such filing (NEF) to the following**:**

Kevin W. Tucker (ktucker@eastendtrialgroup.com)
Kevin J. Abramowicz (kabramowicz@eastendtrialgroup.com)
Chandler Steiger (csteiger@eastendtrialgroup.com)
Stephanie Moore (smoore@eastendtrialgroup.com)
Kayla Conahan (kconahan@eastendtrialgroup.com)
Jessica Liu (jliu@eastendtrialgroup.com)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Tel. (412) 877-5220

Robert S. Disney
Disney Law
515 California Avenue
Pittsburgh, PA  15202
Tel. (412) 999-5765

                                           /s/ *Karen L. Roberts*
                                            Karen L. Roberts